US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: __4/15/16__

TIME SPENT: _____

DOCKET NO. __16 cv 79__

CASE: __Martinez v City__

____ INITIAL CONFERENCE        ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE      ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE     ____ TELEPHONE CONFERENCE
____ MOTION HEARING            ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

✓ COMPLETED        ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties to obtain medical records, determine officers' identities, respond to written discovery by 5/20

Settlement conf. __6/28 at 3:00__