

**GABRIEL P. HARVIS**
**BAREE N. FETT**

April 24, 2017

<u>By ECF</u>
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Martinez v. City of New York, et al.*, 16 CV 79 (AMD) (CLP)

Your Honor:

  I represent plaintiff in the above-referenced action. I write on behalf of the parties to respectfully request a thirty-day extension of the discovery deadline from April 26, 2017 to May 26, 2017, and a concomitant adjournment of the settlement conference on April 26, 2017, to a date and time convenient to the Court after the close of discovery. This is the parties' second request for an extension of the discovery deadline and the first request for an adjournment of the settlement conference.

  Following a status conference on March 2, 2017, the Court granted the parties' request for an extension of discovery and scheduled a settlement conference thereafter. At this juncture, document discovery is largely completed, however officer depositions remain outstanding. The parties have conferred and depositions for the two officer defendants and two non-party officers are being conducted over the next several weeks.

  Accordingly, the parties respectfully request an extension of the discovery deadline until May 26, 2017 and a concomitant adjournment of the settlement conference to a date and time convenient to the Court after the close of discovery.

Hon. Cheryl L. Pollak
April 24, 2017

    Thank you for your attention to this matter.

Respectfully submitted,

*Baree N. Fett*

cc:    ACC Paul Johnson, Esq.

*Request granted*
*Conference adjourned*
*to 5/31 at 1200*

*So Ordered*

/S/ Cheryl Pollak
USMJ
4/25/17