US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 6/2/17

TIME SPENT: _____

DOCKET NO. __16 CV 79__

CASE: __Martinez v City__

_____ INITIAL CONFERENCE         _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE       __✓__ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE      _____ TELEPHONE CONFERENCE
_____ MOTION HEARING             _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED            _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Def. is to provide a written response to pl's letter of 5/23/17 which contains a list of documents on p.2. The response shall either 1) indicate the produce date and bates no of the document was previously produced; 2) whether pl's can inspect the originals; 3) indicate there are no relevant responsive documents. As for the 107 Precinct Roster, def is to produce both redacted and unredacted versions for in camera review & explain basis for redactions. Deadline for completion of 5 remaining nonparty witnesses → depositions

is extended to 8/14. By 6/12, parties are to submit dates for the depositions to be so ordered.

Df to provide responses re documents listed on the 5/23 letter by 6/16

Conf.    8/16 at 2:00