

GABRIEL P. HARVIS
BAREE N. FETT

June 12, 2017

**By ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Martinez v. City of New York, et al.*, 16 CV 79 (AMD) (CLP)

Your Honor:

      I represent plaintiff in the above-referenced action. I write pursuant to the Court's order dated June 2, 2017, to respectfully provide a proposed deposition schedule for the Court's review and endorsement. Additionally, if it should please the Court, plaintiff respectfully requests, with defendants' consent: 1) an extension of the deadline to complete the depositions from August 14, 2017 through August 16, 2017, to accommodate the schedules of witnesses and counsel; and 2) that the status conference presently scheduled for August 16, 2017 be adjourned to a date and time convenient to the Court, so that the deposition of Lieutenant Weitzman can proceed on that date as set forth below.

      The parties have conferred and agreed to the following deposition schedule:

| | |
|---|---|
| Sgt. Laliberte | June 21, 2017 |
| Officer Mendez | June 22, 2017 |
| Capt. Robinson | June 27, 2017 |
| Lt. Donovan | July 12, 2017 |
| Sgt. Rehman | July 13, 2017 |
| Officer Russo | August 1, 2017 |

Hon. Cheryl L. Pollak
June 12, 2017

    Sgt. Digennaro    August 14, 2017
    Lt. Weitzman    August 16, 2017

    In light of the foregoing, it is respectfully requested that the Court review and endorse the above schedule, extend the deposition deadline until August 16, 2017 and adjourn the August 16th status conference to a date and time convenient to the Court.

    Thank you for your consideration of this request.

                            Respectfully submitted,

                            Gabriel P. Harvis

cc:    ACC Paul Johnson, Esq.

*[Handwritten endorsement:]* Deposition schedule is approved and deadline is extended to 8/16. Conference is adjourned to 9/13 at 1100.

So Ordered
/s/ Cheryl Pollak
USMJ
6/13/17