US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 6/29/17

TIME SPENT:_____

DOCKET NO. 16 cv 79.

CASE: Martinez v City

\_\_\_\_\_ INITIAL CONFERENCE          \_\_\_\_\_ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE          \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE      ✓ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING              \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED          _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: By 7/10 defendant to produce 1) officer's personnel files; 2) medical screening form and central booking prisoner roster or an affidavit from a custodian of records indicating that they have searched for and cannot find responsive documents 3) make available for inspect— the original medical treatment form and Command log; 4) unredacted version of

the prisoner holding pen roster limited to entry above. Danny Rivera; 5) plaintiff to put in writing request for address of two potential witness and any other information; 6) def is given a week to object in writing