UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ROSIE MARTINEZ,

                    Plaintiff,

       -against-

CITY OF NEW YORK; Lieutenant JASON WEITZMAN; Sergeant JASON FORGIONE, Shield No. 2894; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                    Defendants.

----------------------------------------------------------x

**PROPOSED ORDER**

16 CV 79 (AMD)(CLP)

CHERYL L. POLLAK, U. S. Magistrate Judge:

Proof having been made before me that certain sealed information must be disclosed in this action to permit the parties to locate a witness and comply with Fed. R. Civ. P. 26,

**IT IS HEREBY ORDERED:**

1. The following information that may have been sealed pursuant to N.Y.C.P.L. § 160.50 is unsealed for use in this litigation: the full name, date of birth, social security number, telephone number and last known address of the individual identified on the Prisoner Holding Pen Roster as "J. Perez." The information shall be treated as confidential pursuant to the Stipulation of Confidentiality and Protective Order dated January 5, 2017.

2. Defendants are to produce the information described in Paragraph 1 by *July 17, 2017*

3. Defendants are to produce an unredacted copy of that portion of the 107th Precinct Command Log that contains an entry for the arrest of a "J. Perez" on or about January 22, 2015 by *July 17, 2017*. This document shall be treated as confidential pursuant to the Stipulation of Confidentiality and Protective Order dated January 5, 2017.

Dated:   Brooklyn, New York
         *7/11*_____, 2017

/s/ Cheryl Pollak
CHERYL L. POLLAK
United States Magistrate Judge