UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

ROSIE MARTINEZ,

                                                              Plaintiff,

         -against-

CITY OF NEW YORK, et al.,

                                                            Defendants.

---------------------------------------------------------------------- x

**UNSEALING ORDER**

16 CV 79 (AMD)(CLP)

**CHERYL L. POLLACK, United States Magistrate Judge:**

        Upon the application of the plaintiff for leave to unseal (1) : the full name, date of birth, social security number, telephone number and last known address of the individual identified on the Prisoner Holding Pen Roster as "JPerez," and whereas the charges against said individual may have been dismissed and the underlying records sealed pursuant to New York Criminal Procedure Law § 160.50 and/or sealed as non-criminal dispositions under New York Criminal Procedure Law § 160.55 and/or contain information otherwise protected from disclosure, and the Court having granted such leave,

        **IT IS HEREBY ORDERED** that the New York City Police Department provide ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representatives, with (1) arrest paperwork pertaining to identity of Jhon Perez, who was arrested by members of the New York City Police Department on January 22, 2015 within the confines of the 107th Precinct, located at 7101 Parsons Blvd, Flushing, New York 11365; which may be sealed pursuant to New York Criminal Procedure Law § 160.50 and/or sealed as non-criminal dispositions under New York Criminal Procedure Law and/or contain information otherwise

protected from disclosure.

**IT IS FURTHER ORDERED** that the person(s) designated by the New York City Police Department to provide such records to ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representatives, are not bound by the statutory sealing requirements of New York Criminal Procedure Law § 160.50 and/or § 160.55 for the purposes set forth herein; the information shall be treated as confidential pursuant to the Stipulation of Confidentiality and Protective Order dated January 5, 2017.

**IT IS FURTHER ORDERED** that counsel for any party to this action who receives such records is not bound by the sealing provisions New York Criminal Procedure Law §§ 160.50 and 160.55; and that the information shall be treated as confidential pursuant to the Stipulation of Confidentiality and Protective Order dated January 5, 2017.

**IT IS FURTHER ORDERED** that the use of the above-referenced records is restricted to use in the above-captioned civil rights action filed in the Eastern District of New York, *Martinez v. City of New York, et. al.*, No. 16 CV 79 (AMD) (CLP)

Dated: Brooklyn, New York
       July 25, 2017

/s/ Cheryl L. Pollak
_____
HON. CHERYL L. POLLACK, U.S.M.J.