

| ZACHARY W. CARTER<br>Corporation Counsel | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | PAUL H. JOHNSON<br>phone: (212) 356-2656<br>fax: (212) 356-3509<br>pajohnso@law.nyc.gov |
|---|---|---|

September 11, 2017

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Martinez v. City of New York, et al.
                  16-CV-0079 (AMD) (CLP)

Your Honor:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to represent defendants in the above-referenced matter. Defendants write to request an extension of the discovery deadline to conduct the deposition of retired Sgt. Joseph DiGennaro from September 11, 2017 to Sept. 19, 2017. The parties have agreed to hold the deposition of Sgt. DiGennaro on September 19, 2017.

      Defendants wrote the Court on August 14, 2017 stating they needed an extension of time to conduct the depositions of Police Officer James Seddio and retired Sergeant Joseph DiGennaro. Plaintiff conducted the deposition of Officer Seddio on September 8, 2017 but Sgt. DiGennaro is not available to be deposed until September 19, 2017.

      Therefore for the above mentioned reasons, defendants request the Court extend the discovery deadline for the purposes of taking Sgt. DiGennaro's deposition from September 11, 2017 to and including September 19, 2017.

      Thank you for your consideration of this matter.

                                                               Respectfully submitted,

                                                               Paul H. Johnson
                                                               *Assistant Corporation Counsel*
cc:    Baree N. Fett, Esq. **(via ECF)**              Special Federal Litigation Division

*Attorney for Plaintiff*