UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

BEFORE: CHERYL L. POLLAK, U.S. Magistrate Judge       DATE: September 21, 2017
                                                      TIME SPENT: _____

ESR OPERATOR: B.A. Blase                              TAPE LOG: _____
DOCKET NO.: 16 CV 79 (AMD) (CLP)
CASE: Rosie Martinez v. City of New York *et al.*

_____ INITIAL CONFERENCE            __X__ STATUS CONFERENCE
_____ DISCOVERY CONFERENCE          _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE         _____ TELEPHONE CONFERENCE
_____ MOTION HEARING                _____ ORAL ARGUMENT
_____ OTHER: _____

FOR PLAINTIFF: Baree Fett

FOR DEFENDANTS: Paul Hasan Johnson

MANDATORY DISCLOSURES:

_____ COMPLETED        _____ TO BE COMPLETED BY: _____

_____ DISCOVERY TO BE COMPLETED BY: _____
_____ NEXT CONFERENCE SCHEDULED FOR: _____
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: Def to produce DD5s and buy reports; Plaintiff to list docs identified by Weitzman in his deposition - def to produce. Def to produce overtime activity reports for Weitzman and Foye. Def to provide either: 1) prisoner movement form and livescan printout; or 2) affidavit from records custodian re search for these docs and of missing whether printout for live scan from that date exists for

" Then deps.
In 2 weeks, defs to arrange for inspection.

Conference 10/17 at 2:00