US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 10/17/17

TIME SPENT: _____

DOCKET NO. 16CV79

CASE: Martinez v City

\_\_\_\_\_ INITIAL CONFERENCE           \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE         ·\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE        \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING               \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED                    _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Def. to determine if there is a "Notification." If not def are to inform pls counsel. Pl may serve doc request and interrogs re CRV; overtime report for Weitzman; memo books for newly identified officers. If no documents, def to submit affidavit →

Pl may take short depos.
of new officers
All discovery to be completed by 11/17.
By 11/30 def to notify Court if they intend to file motions