US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 11/9/17

TIME SPENT: _____

DOCKET NO. 16 CV 79

CASE: Martinez v City

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE       ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ✓ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED          ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____
____ NEXT CONFERENCE SCHEDULED FOR _____
____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

**RULINGS:** Order to show cause hearing. Motion for contempt denied w/o prejudice

City and pls are to confer on outstanding discovery and agree on a schedule. Any disputes to be submitted by 11/17