UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

ROSIE MARTINEZ,

                                           Plaintiff,

                   -against-                         **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al.,                    1:16-cv-00079-AMD-CLP

                                      Defendants.

-------------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Kavin Thadani**, Senior Counsel, appears herein as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants City of New York, Jason Weitzman and Jason Forgione in this action, and demands that all notices and other papers be served upon defendants at this office.

Dated:  New York, New York
         November 17, 2017

                                                   ZACHARY W. CARTER
                                                 Corporation Counsel
                                                 of the City of New York
                                                 *Attorney for Defendants*
                                                 100 Church Street, Rm 3-195
                                                 New York, New York  10007
                                                 (212) 356-2351

                                       By:    /s/ Kavin Thadani_____
                                                   Kavin Thadani
                                                   Senior Counsel
                                                 Special Federal Litigation Division

cc:     **BY ECF**
        Baree Fett, Esq.
        Gabriel Harvis, Esq.
        *Attorneys for Plaintiff*