

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

ZACHARY W. CARTER
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY  10007

KAVIN THADANI
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

December 14, 2017

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: <u>Martinez v. City of New York, et al.</u>, No. 1:16-cv-00079-AMD-CLP

Your Honor:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter.  Defendants write to respectfully request that the status conference that was scheduled today for December 20, 2017 at 12:00 p.m. be adjourned.  I have conferred with plaintiff's counsel and they take no position on defendants' request.

  The reason for this request is that the undersigned is scheduled for mediation at the United States Court of Appeals for the Second Circuit on December 20, 2017 between 10:30 a.m. and 1:30 p.m.  The mediation was scheduled by the court on November 8, 2017.

  The parties have conferred and they are available for a conference on December 29, 2017.  No prior requests to adjourn this status conference have been made.

  Thank you for your consideration of this request.

- 2 -

                                              Respectfully,

                                              /s/ Kavin Thadani

                                              Kavin Thadani
                                              Senior Counsel
                                              Special Federal Litigation Division

cc:       **BY ECF**
           Gabriel Harvis, Esq.
           Baree Fett, Esq.
           *Attorneys for Plaintiff*