MINUTE ENTRY

BEFORE:  CHERYL L. POLLAK, U.S. Magistrate Judge          DATE: January 4, 2018
                                                         TIME SPENT:
                                                         FTR: 2:32 – 3:43 p.m.

DOCKET NO.: 16 CV 79 (AMD)
CASE: Martinez v. City of New York

|     | | |     | |
|---|---|---|---|---|
|     | INITIAL CONFERENCE |     |     | STATUS CONFERENCE |
|     | DISCOVERY CONFERENCE |     |     | FINAL/PRETRIAL CONFERENCE |
|     | SETTLEMENT CONFERENCE |     |     | TELEPHONE CONFERENCE |
| X   | MOTION HEARING |     |     | ORAL ARGUMENT |
|     | OTHER: | | | |

**FOR PLAINTIFF:**  Baree N. Fett, Gabriel P. Harvis
                    HARVIS & FETT

**FOR DEFENDANTS:**  Kavin Thadani, Paul Johnson
                     NEW YORK CITY LAW DEPARTMENT

____ DISCOVERY TO BE COMPLETED BY:
____ NEXT CONFERENCE SCHEDULED FOR:
____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: ____            DEF. TO SERVE PL. BY: ____

**RULINGS:**

Hearing held. Report to issue.

Counsel for defendants to submit letter re. Court's authority to equitably toll statute of limitations with respect to a non-party by January 4, 2018 at 5:00 p.m.