

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

January 23, 2018

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: <u>Martinez v. City of New York, et al.</u>, No. 1:16-cv-00079-AMD-CLP

Your Honor:

  I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Jason Forgione and Jason Weitzman in the above-referenced matter.  Defendants write with respect to plaintiff's January 23, 2018 letter requesting to amend the complaint.

  Although plaintiff did provide defendants with a copy of the proposed amended complaint and requested defendants' position before filing her letter, she did so via e-mail only 34 minutes prior to filing her letter.

  Defendants have reviewed plaintiff's proposed Second Amended Complaint and do not oppose plaintiff's motion to amend.  However, defendants reserve the right to assert appropriate defenses.

  Thank you for your consideration.

Respectfully,

/s/ Kavin Thadani

Kavin Thadani
Senior Counsel
Special Federal Litigation Division

cc: **BY ECF**
Gabriel Harvis, Esq.
Baree Fett, Esq.
*Attorneys for Plaintiff*