

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAVIN THADANI**
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

February 8, 2018

**VIA HAND DELIVERY AND ECF**
Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *Martinez v. City of New York, et al.*, 1:16-cv-00079-AMD-CLP

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Jason Weitzman and Jason Forgione in the above-referenced matter.  Please find enclosed, in connection with defendants' objections to the Magistrate Judge's Report and Recommendation, courtesy copies of the following:

(1) Memorandum of Law in Supports of Defendants' Objections to the Magistrate Judge's Report and Recommendation Granting Plaintiff's Motion for Sanctions; and

(2) Plaintiff's Reply to Defendants' Objections to the Report and Recommendation.

Thank you for your consideration in this regard.

Respectfully,

Kavin Thadani
Senior Counsel
Special Federal Litigation

Encls.

cc:    Magistrate Judge Cheryl L. Pollak (via mail w/o enclosures and ECF)

      Baree Fett, Esq. (via e-mail w/o enclosures and ECF)
      Gabriel Harvis, Esq. (via e-mail w/o enclosures and ECF)
      *Attorneys for Plaintiff*