U.S. MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 4/27/18

FTR: 3:10 - 3:29 p.m.

DOCKET NO. 16 CV 79

CASE: Martinez v. City

\_\_\_\_\_ INITIAL CONFERENCE          \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE        \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE       __X__ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING              \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_\_ COMPLETED            \_\_\_\_\_ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:**  Gabriel P. Harvis          Fred B. Lichtmacher
                   Baree N. Fett              LAW OFFICE OF FRED LICHTMACHER P.C.
                   HARVIS & FETT LLP

**FOR DEFENDANT:** Kavin S. Thadani
                   NEW YORK CITY LAW DEPARTMENT

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

__X__ NEXT CONFERENCE SCHEDULED FOR July 2 at 11:00 (phone)

**RULINGS:** Plaintiff to produce responses to defs requests in December letter re damages by 5/31; defs to provide memo books by 5/31
Pl is given an additional 30 days to serve remaining two defs
Answer due 6/22
Parties to confer on disciplinary records and fees; if needed agree on a schedule to submit issues to court