From **Harvis & Fett LLP**
305 Broadway, 14th Floor
New York, New York 10007

# Harvis & Fett

| Invoice ID | H060 |
|---|---|
| Issue Date | 04/25/2018 |
| Due Date | 04/25/2018 (upon receipt) |
| Subject | Expense Report |

Invoice For **Martinez, Rosie**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 05/11/2017 - Court Reporter / Gabriel Harvis: Forgione videographer | 1.00 | $703.75 | $703.75 |
| 05/11/2017 - Court Reporter / Gabriel Harvis: Stenographer re Forgione | 1.00 | $740.70 | $740.70 |
| 07/07/2017 - Court Reporter / Gabriel Harvis: Stenographer re Laliberte | 1.00 | $558.30 | $558.30 |
| 07/07/2017 - Court Reporter / Gabriel Harvis: Mendez | 1.00 | $464.70 | $464.70 |
| 07/12/2017 - Court Reporter / Gabriel Harvis: Robinson deposition | 1.00 | $686.30 | $686.30 |
| 08/07/2017 - Court Reporter / Gabriel Harvis: Ltnt. Richard Donovan deposition | 1.00 | $722.10 | $722.10 |
| 08/07/2017 - Court Reporter / Gabriel Harvis: Sgt. Zaka Rehman | 1.00 | $608.25 | $608.25 |
| 08/14/2017 - Court Reporter / Gabriel Harvis: Russo | 1.00 | $297.10 | $297.10 |
| 09/05/2017 - Court Reporter / Gabriel Harvis: Video re Weitzman | 1.00 | $848.20 | $848.20 |
| 09/05/2017 - Court Reporter / Gabriel Harvis: Weitzman stenographer | 1.00 | $1,142.70 | $1,142.70 |
| 09/12/2017 - Other / Gabriel Harvis: Binding re courtesy copy | 1.00 | $3.76 | $3.76 |
| 10/02/2017 - Court Reporter / Gabriel Harvis: Seddio stenographer | 1.00 | $441.40 | $441.40 |
| 10/11/2017 - Court Reporter / Gabriel Harvis: DiGennaro stenographer | 1.00 | $831.40 | $831.40 |
| 10/23/2017 - Court Reporter / Gabriel Harvis: Transcript re 9/21/17 conference | 1.00 | $76.38 | $76.38 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 11/20/2017 - Court Reporter / Gabriel Harvis: PO Jason Graham deposition | 1.00 | $281.50 | ~~$281.50~~ |
| 12/27/2017 - Messenger / Gabriel Harvis: Delivery of courtesy copy of DE85 | 1.00 | $13.35 | $13.35 |
| 12/28/2017 - Court Reporter / Gabriel Harvis: 11-9-17 transcript | 1.00 | $186.48 | $186.48 |
| 12/30/2017 - Other / Gabriel Harvis: Photos re reply brief and exhibits | 1.00 | $28.67 | $28.67 |
| 01/02/2018 - Other / Gabriel Harvis: Binding re reply | 1.00 | $11.95 | $11.95 |
| 01/02/2018 - Messenger / Gabriel Harvis: Deliver courtesy copy DE 90-91 | 1.00 | $13.53 | $13.53 |

**Amount Due**     **$8,660.52**