

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

August 7, 2018

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Martinez v. City of New York, et al.</u>, No. 1:16-cv-00079-AMD-CLP

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. The parties write jointly to respectfully request a one week extension of time, from August 7, 2018 to August 14, 2018, to file supplemental letters regarding depositions. The parties apologize for the belated nature of this request.

As ordered by the Court, the parties have spent considerable time, particularly over the last two days, trying to work together to narrow the scope of their dispute. To that end, the parties have made progress towards not only narrowing the scope of their dispute concerning depositions, but also towards narrowing the number of claims and defendants. However, the parties require additional time to both assess their positions and continue their discussions. Accordingly, the parties respectfully request a one week extension of time, from August 7, 2018 to August 14, 2018, to file supplemental letters regarding depositions, with the hope that the parties may reach a resolution, or at the very least significantly narrow the dispute.

Thank you for your consideration of this request.

Respectfully,

/s/ Kavin Thadani

Kavin Thadani
Senior Counsel
Special Federal Litigation Division

cc: **BY ECF**
Gabriel Harvis, Esq.
Baree Fett, Esq.
Fred Lichtmacher, Esq.
*Attorneys for Plaintiff*