

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KAVIN THADANI<br>*Senior Counsel*<br>Phone: (212) 356-2351<br>Fax: (212) 356-3509<br>kthadani@law.nyc.gov |

September 25, 2018

**VIA ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re: <u>Martinez v. City of New York, et al.</u>, 1:16-cv-00079-AMD-CLP

Your Honor:

  I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendants in the above-referenced matter. Defendants write to respectfully request a blanket unsealing order pertaining to any sealed records contained in certain disciplinary files which plaintiff has requested and defendants have agreed to obtain for inspection and/or production.

  As explained in defendants' September 21, 2018 letter to the Court, defendants have agreed to obtain 17 disciplinary files and closing reports for inspection and/or production, and have objected to producing the remaining 120 or so files and closing reports requested by plaintiff.

  However, upon information and belief, pursuant to N.Y.C.P.L. §§ 160.50 and 160.55, these 17 files and closing reports may contain sealed arrest records pertaining to third parties. Accordingly, without a court order unsealing this information, the New York City Police Department ("NYPD") is statutorily prohibited from disclosing this information.

  Due to the inclusion of sealed arrest records in a number of these files, and the amount of time it would take the NYPD to determine if each document were sealed, it is impractical to submit individual unsealing orders for each instance where one is necessary.  Accordingly, defendants respectfully request that the Court So-Order the attached blanket unsealing order.

  Thank you for your consideration.

        Respectfully,

        /s/ Kavin Thadani_____

        Kavin Thadani
        Senior Counsel
        Special Federal Litigation Division

Encl.

cc:     **BY ECF**
        Gabriel Harvis, Esq.
        Baree Fett, Esq.
        *Attorneys for Plaintiff*