**ELEFTERAKIS ELEFTERAKIS & PANEK**

80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
DANIEL SOLINSKY
ANDREW VILLA

*Also Admitted In New Jersey

September 30, 2019

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Martinez v. City of New York, et al.*, 16 CV 79 (AMD) (CLP)

Your Honor:

I represent plaintiff in the above-referenced action. I write pursuant to the Court's order dated August 26, 2019, to respectfully provide the Court with the date for plaintiff's surgery as well as information on the anticipated post-operative recovery period.

Ms. Martinez is scheduled to undergo surgery to her left wrist on October 15, 2019. We have been advised that following the surgery, plaintiff's wrist and forearm area will be placed into a splint for approximately two weeks. Thereafter, Ms. Martinez will be prescribed physical therapy, two to three days per week, for approximately two to three months depending on her progress.

Thank you for your consideration of this matter.

Respectfully submitted,

Baree N. Fett

cc:   All Counsel