# EXHIBIT 33

# AUDIO TO BE SUBMITTED BY HAND