UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSIE MARTINEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK; Police Officer ERIC RYAN; Lieutenant DAVID CAMHI; Sergeant JOSEPH DIGENNARO; Sergeant KEITH LALIBERTE,<br><br>      Defendants. | PLAINTIFF'S PROPOSED VOIR DIRE<br><br>16 CV 79 (NRM) (CLP) |

1. This is a lawsuit for civil rights violations brought by a citizen against several police officers. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. In this case, the plaintiff was employed as a housekeeper and lived in a public housing project. The police found drugs in her apartment in the possession of a man she was dating, which plaintiff claims she did not know about. Plaintiff claims that police brutalized her in custody and failed to obtain medical treatment. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

4. Have you or anyone close to you ever been employed as a police officer or by any law enforcement agency in any capacity? If so, please explain.

5. Have you or anyone close to you ever been employed by any municipality in the State of New York including the City of New York? What was the position held?

6. Have you or anyone close to you ever been employed by a governmental unit in the State of New York or elsewhere?

7.      Do you know or have you read anything or heard anything about this case, the plaintiff or the defendants or any of the lawyers involved in the case?

8.      Has anyone here ever served as an appointed or elected official of state, city or local government?

9.      Has anyone here or anyone close to you ever been employed by an attorney?

10.     Would you tend to favor one side or the other in this case without regard to the evidence that may be presented?

11.     Other things being equal, would you tend to treat the testimony of a police officer differently from that of an ordinary citizen merely because the testimony came from a police officer?

12.     Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

13.     Have you or anyone close to you ever been the victim of a crime?

14.     What organizations do you belong to? What organizations does your spouse belong to?

15.     Have you or anyone close to you ever been arrested or detained by the police?

16.     Has anyone here ever witnessed an arrest?

17.     Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

18.     Where are you employed?

19.     If you are married, is your spouse connected in any way with any police department or other law enforcement agency or is he or she employed by any governmental agency?

20.     Have you ever served in the military? If so, please provide details.

21. What publications do you read regularly or often?

22. What television programs do you watch regularly or often?

23. Do you watch police shows on television? If so, which ones? What is your opinion of them?

24. What was the last book you read?

25. What podcasts do you listen to?

26. Have you ever served as a juror in the past? If yes, please state the following:
    A. How many times?
    B. When?
    C. Were you a foreperson?
    D. What type of case was it?
    E. How did you feel about the case?
    F. How did you feel about your jury service?
    G. Without stating the result, did the jury reach a verdict?
    H. Was the verdict for the plaintiff or defendant?

27. Describe any feelings or thoughts you have about people, or the lawyers who represent them, who bring civil rights cases against the government.

28. Describe any feelings or thoughts you have about lawsuits in general.

29. Do you think that lawsuits are tying the hands of the police?

30. Do you think that concerns for constitutional rights place unreasonable limits on police?

31. Do you have any family members or close friends who might be upset with you if they learned you had been part of a jury that voted to award damages to a plaintiff against one or more police officers?

32. Do you think that police officers should not be sued? If so, why?

33.     Have any of you, or any of your family members or close friends, had any particularly bad or particularly good experiences with law enforcement officers?

34.     Have you ever belonged to or made a financial contribution to any group, association, or organization that represents law enforcement officers or that supports or promotes their interests? If yes, please explain.

35.     Has anyone of your family or friend's family died or almost died because of illegal drug overdose?

36.     Have you ever called the police? If yes, why? How did they respond?

37.     Describe any positive experiences you have had with the police. Would these experiences lead you to favor police officers in a case like this? If yes, please explain.

52.     Describe any negative experiences you have had with the police. Would these experiences lead you to favor the plaintiff in a case like this? If yes,
please explain.

53.     What is your general view of the role of police in the community?

54.     Have you ever been on a ride-along with police or an ambulance? Please describe the experience.

55.     Have you ever been to a police station? If yes, why?

56.     Have you ever witnessed an incident where the police searched, arrested, detained or investigated someone? Did you form any opinions about that incident? If yes, please explain.

57.     What contact have you had with police or law enforcement through your work? Your neighborhood? Your social life?

58.     What are your opinions about how the problem of police misconduct ought to be  handled? Do you think police officers should be held responsible for mistakes they may make?

59.     What problems do you have with the idea of an ordinary citizen suing police

officers because of actions undertaken in the line of duty?

60. What is your immediate reaction when you hear that someone is charging the police with excessive force or misconduct?

61. If you felt you were wronged by another's actions, would you consider bringing a lawsuit? If no, why not?

66. Do any of you belong to any voluntary organizations, groups or clubs of any kind? To which groups do you belong and how frequently do you attend meetings or functions?

67. Have you ever written a letter to the editor in a newspaper or magazine? What was the topic?

68. Is there anyone here who would decrease the monetary award to plaintiff because the funds may come from the City of New York?

69. Is there any person here who would rather not judge the actions of these police officers?