UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROSIE MARTINEZ,

                                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES**[1]

16 CV 79 (NM) (CLP)

1) Did plaintiff request medical attention while she was at the 107th Precinct?

    YES _____    NO _____

2) If plaintiff did request medical attention while she was the 107th Precinct, did defendant Eric Ryan know that plaintiff requested medical attention?

    YES _____    NO _____

3) Did defendant Eric Ryan reasonably believe, even if mistaken, that plaintiff did not require urgent medical attention?

    YES _____    NO _____

4) Did defendant Eric Ryan reasonably believe, even if mistaken, that plaintiff did not sustain a serious injury?

    YES _____    NO _____

5) If plaintiff did request medical attention while she was the 107th Precinct, did defendant Joseph DiGennaro know that plaintiff requested medical attention?

    YES _____    NO _____

6) Did defendant Joseph DiGennaro reasonably believe, even if mistaken, that plaintiff did not require urgent medical attention?

    YES _____    NO _____

---

[1] Defendants reserve the right to propose supplemental special interrogatories based upon the testimony and any rulings of the Court during trial.

7) Did defendant Joseph DiGennaro reasonably believe, even if mistaken, that plaintiff did not sustain a serious injury?

      YES _____    NO _____

8) If plaintiff did request medical attention while she was the 107th Precinct, did defendant David Camhi know that plaintiff requested medical attention?

      YES _____    NO _____

9) Did defendant David Camhi reasonably believe, even if mistaken, that plaintiff did not require urgent medical attention?

      YES _____    NO _____

10) Did defendant David Camhi reasonably believe, even if mistaken, that plaintiff did not sustain a serious injury?

      YES _____    NO _____

11) If plaintiff did request medical attention while she was the 107th Precinct, did defendant Keith Laliberte know that plaintiff requested medical attention?

      YES _____    NO _____

12) Did defendant Keith Laliberte reasonably believe, even if mistaken, that plaintiff did not require urgent medical attention?

      YES _____    NO _____

13) Did defendant Keith Laliberte reasonably believe, even if mistaken, that plaintiff did not sustain a serious injury?

      YES _____    NO _____

Dated: New York, New York
       December 6, 2022

                HON. SYLVIA O. HINDS-RADIX
                Corporation Counsel of the City of New York
                *Attorney for Defendants*
                100 Church Street
                New York, New York 10007
                (212) 356-2351

                By:   /s/ *Kavin Thadani*
                          Kavin Thadani

cc:   **VIA ECF**
      Gabriel Harvis, Esq.
      Baree Fett, Esq.
      Wayne Wattley, Esq.
      *Attorneys for Plaintiff*