

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAVIN THADANI**
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

December 20, 2022

**VIA ECF**
Honorable Nina Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    <u>Martinez v. City of New York, et al.</u>, 16 cv 79 (NM) (CLP)

Your Honor:

    I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York, Eric Ryan, Joseph DiGennaro, Keith Laliberte and David Camhi in the above-referenced matter. Defendants respectfully write in response to the Court's December 13, 2022 Order to "submit an agreed upon briefing schedule for any post-trial motions."

    The parties have conferred and have agreed upon the following briefing schedule for post-trial motions, including motions pursuant to Fed. R. Civ. P. 50 and 59:

- Post-trial motions to be filed by January 27, 2023;

- Oppositions to be filed by February 27, 2023; and

- Replies to be filed by March 13, 2023.

    Thank you for your consideration.

Respectfully,

/s/ *Kavin Thadani*

Kavin Thadani
Senior Counsel
Special Federal Litigation

cc: **VIA ECF**
Gabriel Harvis, Esq.
Baree Fett, Esq.
Wayne A.J. Wattley, Esq.
*Attorneys for Plaintiff*