UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ROSIE MARTINEZ,

                                   Plaintiff,

        v.

CITY OF NEW YORK, Detective ERIC RYAN,
Lieutenant DAVID CAMHI, Sergeant JOSEPH
DIGENNARO, and Sergeant KEITH LALIBERTE,

                                   Defendants.
----------------------------------------------------------------x

**SPECIAL INTERROGATORY**

16-CV-79 (NRM) (CLP)

*The following questions all concern the time period between when plaintiff Rosie Martinez was first brought to the 107th precinct on the evening of January 22, 2015, until she was first taken to Central Booking on the morning of January 23, 2015.*

1. Did the plaintiff complain of, or otherwise indicate that she was experiencing, extreme pain while at the 107th precinct?

   YES __X__ NO_____

*If your answer to Question 1 is "No," please skip Questions 2 through 5 and proceed to Question 6.*

*If your answer to Question 1 is "Yes," please answer Questions 2 through 5.*

2. Was defendant Eric Ryan aware that the plaintiff had complained of, or was otherwise experiencing, extreme pain?

   YES __X__ NO_____

3. Was defendant Joseph DiGennaro aware that the plaintiff had complained of, or was otherwise experiencing, extreme pain?

   YES __X__ NO_____

4. Was defendant David Camhi aware that the plaintiff had complained of, or was otherwise experiencing, extreme pain?

   YES __X__ NO_____

1

5. Was defendant Keith Laliberte aware that the plaintiff had complained of, or was otherwise experiencing, extreme pain?

    YES ✗   NO _____

6. Did defendant Eric Ryan reasonably believe – even if he was mistaken – that the plaintiff was not experiencing extreme pain while at the 107th precinct?

    YES _____   NO ✗

7. Did defendant Joseph DiGennaro reasonably believe – even if he was mistaken – that the plaintiff was not experiencing extreme pain while at the 107th precinct?

    YES _____   NO ✗

8. Did defendant David Camhi reasonably believe – even if he was mistaken – that the plaintiff was not experiencing extreme pain while at the 107th precinct?

    YES _____   NO ✗

9. Did defendant Keith Laliberte reasonably believe – even if he was mistaken – that the plaintiff was not experiencing extreme pain while at the 107th precinct?

    YES _____   NO ✗

**You have finished deliberations on the special interrogatory. Please have your foreperson sign this form and inform the Court, by written note, that you have completed the special interrogatory.**

_____[signature]_____ #1 Foreperson

Date: December 13, 2022

2