UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROSIE MARTINEZ,

                           Plaintiff,

            -against-

CITY OF NEW YORK, ERIC RYAN, DAVID CAMHI, JOSEPH DIGENNARO, KEITH LALIBERTE,

                           Defendants.

**NOTICE OF DEFENDANTS' MOTION FOR REMITTITUR**

16 CV 79 (NRM) (CLP)

ORAL ARGUMENT REQUESTED

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that, upon the upon the annexed Declaration of Kavin Thadani, dated January 27, 2023, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion for Remittitur; and all prior pleadings and proceedings had herein, defendants will move this Court, before the Honorable Nina R. Morrison, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting defendants' motion for remittitur, and for such other and further relief as the Court may deem just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's December 20, 2022 Order, opposition papers shall be filed by February 27, 2023.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's December 20, 2022 Order, reply papers shall be filed by March 13, 2023.

Dated: New York, New York
January 27, 2023

        HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2351

By:    */s/ Kavin Thadani*
      Kavin Thadani
      *Senior Counsel*
      Special Federal Litigation Division

TO: **VIA ECF**
Gabriel Harvis, Esq.
Baree Fett, Esq.
Wayne Wattley, Esq.
*Attorneys for Plaintiff*