# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

ROSIE MARTINEZ,              :
                                        16-CV-79(NM)
          Plaintiff,         :

           -against-         :    United States Courthouse
                                  Brooklyn, New York
CITY OF NEW YORK, et al.,    :
                                  December 8, 2022
          Defendants.        :

- - - - - - - - - - - - - - X



                    TRANSCRIPT EXCERPT OF TRIAL
                BEFORE THE HONORABLE NINA MORRISON
                UNITED STATES DISTRICT JUDGE, and a jury.






Court Reporter:                   Charleane M. Heading
                                  225 Cadman Plaza East
                                  Brooklyn, New York
                                  (718) 613-2643


Proceedings recorded by mechanical stenography, transcript
produced by computer-aided transcription.
```

  

Martinez - direct - Wattley  44

1  know, numb.
2  Q     And what, if anything, did the officers that came in say
3  to you?
4  A     They stated directly to me that they were talking about
5  them self.
6  Q     And what, if anything, did you hear them say?
7  A     I heard them say she's too, she's still bruised.
8  Q     Anything else?
9  A     You know, several times, they kept me and they were
10 checking, like, on my face and on my neck and I continue with
11 the hands in my back and I couldn't remember right now that's
12 what they said.
13 Q     And do you see -- are any of those four officers in the
14 courtroom, any of the officers that came into the room and
15 checked on you after the assault?
16 A     Yes.
17 Q     Which ones?
18 A     Ryan.
19 Q     And when Detective Ryan came into the room after your
20 assault and checked on you, did you make any complaint to him
21 or did you ask for any type of medical attention?
22 A     Not to me directly.  He came in and looked and left.
23 Q     And what -- at any point after the assault, did you ask
24 for medical attention?
25 A     Yes.

Martinez - direct - Wattley                              45

1  Q    Who did you ask for medical attention?
2  A    The first person that I asked for medical attention
3  was -- I'm sorry.
4  Q    Take your time.
5  A    The officer with the salt and pepper hair.
6  Q    And when you asked for medical attention --
7            THE COURT:  Let me just get it clear for the record.
8            Do you mean the one who is sitting closest to you of
9  the four defendants?
10           THE WITNESS:  Yes.
11           THE COURT:  The record will reflect --
12           THE WITNESS:  I'm sorry.  It's hard for me to
13 remember.
14           THE COURT:  The record will reflect -- she was
15 gesturing towards him so I wanted to make sure we had the
16 correct individual on the record.
17           MR. WATTLEY:  Officer Laliberte.
18           THE COURT:  Yes.
19           Defendants' counsel, do you need more clarification?
20           MR. THADANI:  No, no objection.  Thank you.
21           THE COURT:  All right.  Continue.
22 Q    When you asked Officer Laliberte for medical attention,
23 did he respond?
24 A    He did not respond.
25 Q    Did you ask any other officers for medical attention or

Martinez - direct - Wattley                46

1  did you ask Officer Laliberte again for medical attention?
2  A    I literally asked everybody who came in the room to help
3  me.
4  Q    And other than Officer Laliberte who you already
5  testified came in the room and you asked, did any of the
6  remaining three officers come into the room after the assault
7  and you asked them for medical attention?
8  A    Like I said, I remember Officer Ryan coming at least
9  three times.
10 Q    And on these three occasions, did you request or did you
11 ask him to help you to provide medical attention?
12 A    Yes.  Yes, I did.
13 Q    And what, if anything, was his response?
14 A    He did not respond.
15 Q    What happened after that?
16 A    After I was there, literally making everybody come into
17 the room to please, that I was in pain, that I was feeling a
18 lot of pain on my right hand, you know, my left, and nothing
19 was done.
20 Q    At some point after that, were you taken from the
21 juvenile room to any other part of the precinct at that point?
22 A    They brought me -- after that happened, they brought me,
23 like, to a cell.
24 Q    Okay.  After the assault, while you were still at the
25 precinct, did you see Mr. Rivera or were you taken to see

  

108

1  A     Yes.
2  Q     And earlier, you remember, we saw another record that
3  said arrival time of 6:17?
4  A     Something like that.
5  Q     Okay.  So you'd agree with me that you were in the
6  hospital for about two hours?  Is that a yes?
7  A     Yes.
8  Q     And you were instructed -- I mean -- you were instructed
9  to please take Motrin as prescribed for pain and swelling,
10 correct?
11 A     Correct.
12 Q     And you were instructed to keep the splint on until you
13 are seen by the hand specialist, right?
14 A     Correct.
15 Q     And you would agree with me that's the treatment you
16 received that night, pain medication and a splint on your
17 right thumb, correct?
18 A     Queens General.
19 Q     That's the treatment you received at Queens General that
20 night, right?
21 A     That and the x-rays.
22 Q     Sure, but in terms of treatment that you were prescribed,
23 you were given pain medication, right?
24 A     Correct.
25 Q     And you were given a thumb splint for your right thumb,

109

1  correct?
2  A    Yes.
3  Q    Okay.  And then next time that you saw a doctor was one
4  week later on January 30, 2015, isn't that true?
5  A    Something like that.
6  Q    Okay.  Now, I had more questions about your medical
7  records and what you told your doctors, but before I get to
8  that, I want to take you to the moments before you found
9  yourself in the juvenile room of the 107th Precinct on the
10 night of January 22, 2015.  Okay?
11          Now, before you got into that room, you were angry,
12 right?
13          MR. WATTLEY:  Objection to the form, Your Honor.
14          THE COURT:  Overruled.
15 Q    You were angry before you got into that room?
16 A    I was not.
17 Q    Well, you had just been arrested, right?
18 A    Correct.
19 Q    And you were just arrested because heroin was found
20 inside your apartment?
21 A    At that moment, I didn't know heroin was found in my
22 apartment.
23 Q    You knew drugs were found in your apartment, correct?
24 A    Correct.
25 Q    And when you got home, you saw that police officers were