# EXHIBIT B



DEFENDANT'S EXHIBIT AA



# CORRECTIONAL HEALTH SERVICES
## PRE-ARRAIGNMENT SCREENING FORM

**TIME STAMP:** FDNY EMS PRE-ARRAIGNMENT SCREENING UNIT — 2015 JAN 23

Name: _[redacted]_

Date of Birth: [redacted]   Gender: ☐ MALE ☒ FEMALE

Arrest Number(s): | A | N | N | N | N | N | N | N |
                  | L | N | N | N | N | N | N | N |

ROW #: _____

Central Booking location (circle): Bronx  Brooklyn  Manhattan  **(Queens)**

TOUR (circle): **(1)**  2  3    Date: 1/23/15

Print provider information
Name: Richard Del Monico 1888
Shield #: _____

1. Are you sick or injured? ☐ NO ☒ YES  Comment: S/o Thumb Inj
2. [redacted]
3. For females: Are you pregnant? ☒ NO ☐ YES, If yes, how many months? ____
4. SINCE your arrest – Have you been in the hospital / ER? ☒ NO ☐ YES
   If yes, which? ____ Reason: ____
5. PRIOR to your arrest – Have you been in the hospital / ER, in the past week? ☒ NO ☐ YES
   If yes, which? ____ Reason: ____
6. [redacted]
7. [redacted]
8. Do you have any of the following medical conditions? ☐ Seizures  ☐ Diabetes  ☐ Heart Problems
9. Are you currently taking or are you supposed to be taking any prescription medication? ☒ NO ☐ YES
   If yes, list all medications ____
10. Do you receive any medical treatments regularly (e.g., dialysis)? ☒ NO ☐ YES
    If yes, list all treatments, schedule, and when last received ____
11. Are you allergic to medications and/or other substances? (if yes, list all) ☒ NO ☐ YES

Page 1 of 2

(33)

DEF004301



12. Does the detainee appear sick or injured?   ☐NO   ☐YES   If yes, specify reason:

☐ Acutely Ill   ☐ Injured   ☐ Disoriented   ▓▓▓▓▓   ☐ Other _____

13. Vital signs (when indicated):   Blood Pressure (Systolic/Diastolic) _____ / _____
   Pulse _____   Respiration _____   Temperature _____

14. Medications to be held? (if yes, list all)   ☒NO   ☐YES _____

15. If medications administered, enter Unit Dose quantity:   Glucose: ___   Tylenol: ___   Gelusil: ___
   Guaifenesin: ___   Albuterol: ___   Chewable Aspirin: ___   Epi-Pen: ___   Naloxone: ___

16. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17. Transport to ER?   ☐NO   ☐RMA   ☒YES   If yes, which ER? _QGH_
   Reason: _Thumb inj_
   Transport by: ☒NYPD   ☐EMS   ☐Other _____   CAD: _____   Unit: _____

18. Visual assessment _Pt c̄ R P/al to thumb  N/g swelling N/g bleeding_

19. Comments _Pt TX to hosp for furth eval + treatment_

==========================================================================

**RETURN VISIT:**   Return from Hospital ☐   Precinct ☐   Other _____ ?
Discharge Instructions: _____

Discharge Medications: _____

Comments: _____

If medications administered, enter Unit Dose quantity:   Glucose: ___   Tylenol: ___   Gelusil: ___
Guaifenesin: ___   Albuterol: ___   Chewable Aspirin: ___   Epi-Pen: ___   Naloxone: ___

DEF004302