# EXHIBIT C

PLAINTIFF'S EXHIBIT 20

Case 1:16-cv-00079-NRM-CLP   Document 243-3   Filed 01/27/23   Page ... 20

# MEDICAL TREATMENT OF PRISONER
PD 244-150 (Rev. 12-99)-Pent-RMU

Date: 1/23/15

### SECTION I - TO BE COMPLETED BY N.Y.P.D.

- **Prisoner's Name:** Martinez, Rosie
- **NYSID:** 097903944
- **Age:** 49
- **Sex:** F
- **Address:** 65-17 Parsons Blvd
- **Apt:** 5B
- **Arresting Officer:** PO [illegible]
- **Arrest No.:** Q15633684
- **Cmd. of Arrest:** 107
- **Charge:** 2...
- **Tax Reg. No.:** 948294
- **Command:** 107

- **Prisoner Requests/Requires Medical Aid:** ☒ Yes
- **Date:** 1/23/15  **Time:** 20:00

- **Transported To Hospital:** JHMC
- **Date:** 1/23/15 **Time:** 20:25
- **RMP #:** 5039

- **Nature Of Illness/Injury:** Swollen Thumb

- **Restraining Devices Used:** ☒ Yes  Type: cuffs
- **E.S.U. Responded:** ☒ No
- **Prescription Medication Possessed At Arrest:** ☒ No

**Remarks:**
P: L/b thumb inj, requires x-...
[illegible]
Sent to ER for thumb injury. X-rays are normal.
P: Thumb splinted due to tenderness and swelling.

### SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

- Admitted To Hospital: ☒ No
- Medication To Travel With Prisoner: ☒ No
- Refer To Psychiatric Hospital: ☒ No

DEF000462