# EXHIBIT D

**PLAINTIFF'S EXHIBIT 5**

Face Sheet / Demographic Form
Queens Hospital Center
Emergency Department



| | | | |
|---|---|---|---|
| Patient No: 2308742165 | Patient Name: Martinez,Rosie | MedRecNum: 874216 | Visit Date: 01/23/15 |
| Hosp Service: EMR | FC: M | Clinic: Adult ED Med QHC - 000 | |

Patient Info:
65 12 Parsons Blvd Apt:5B    SocSecNum: ▉    Sex: F   Birth Date: ▉   Age: 49Y
Fresh Meadows, NY 11365       Birth Country: PR           County:              Race:
Language: 10    Homeless:    Mother's Maiden: Unk          Father's Name: Martinez,Felix
Patient Phone: 347-307-6639   Cell Phone:       Email:                      Religion: ▉

**INSURANCE INFORMATION:**

**GUARANTOR INFORMATION:**
Rel: other guarantor                        Occ:
Name:                                        Emp:

Phone:        Sex:       SSN:

**EMERGENCY CONTACT:**                     **NEXT OF KIN:**
Rel:                                        Rel:
Name:                                       Name:

Home:         work:                          Phone:              work:

**PHYSICIAN INFORMATION:**
    Ast,Denise R            PC Attend
    Ast,Denise R            ContProv

**EMERGENCY/CLINICAL INFORMATION:**
Complaint: EVD screening negative/BIBNYPD for       Arr Time: 0617      Triage Time: 0619
           right thumb pain                          Arrived Via: Police

Patient Rights:              Visit Sequence #: 874216-2

Handwritten notes (right margin):
LA
-9595
49360
5308'
-9354
8938



DEF000058

  

| | |
|---|---|
| **SKIN** | __ see diagram __ |
| ✓ warm, dry | __ diaphoretic / cool / cyanotic __ |
| **HEAD / ENT** | __ tenderness __ |
| ✓ nml inspection | __ swelling / ecchymosis __ |
| ✓ pharynx nml | |
| **NECK / BACK** | __ tenderness __ |
| ✓ nml inspection | __ swelling / ecchymosis __ |
| ✓ non-tender | |
| **RESP / CVS** | __ tenderness __ |
| ✓ chest non-tender | __ swelling / ecchymosis __ |
| ✓ breath sounds nml | __ decreased breath sounds __ |
| ✓ heart sounds nml | __ wheezes / rales / rhonchi __ |
| | __ tachycardia / bradycardia __ |
| **ABDOMEN** | __ tenderness / guarding __ |
| ✓ non-tender | |
| ✓ no organomegaly | |

UCG ⊖      Dr. Louis

**XRAYS** ☑ Interp. by me   ☑ Reviewed by me   ☐ Disc'd w/ radiologist
R (hand) wrist   forearm _____ finger _____
__ normal / NAD         __ DJD
✓ no fracture           __ dislocation
✓ nml alignment         __ soft-tissue swelling
✓ no foreign body       __ foreign body
                        __ fracture non-displaced displaced
                           transverse oblique comminuted angulated
                           impacted torus intraarticular

**Other study:** _____

☐ See separate report

**PROGRESS**
Time _____    unchanged    improved    re-examined

Plan: motrin, maalox
f/u hand clinic

## PROCEDURES

**Wound Description / Repair**
length ____ cm  location _____
linear    irregular    flap    stellate
superficial  *subcut   *muscle   through-and-through
contused tissue
clean   contaminated moderately / *heavily _____
distal NVT:   neuro & vascular status intact   no tendon injury
anesthesia:  local  LET / tetracaine / adrenaline / cocaine ____ mL
marcaine 0.25% 0.5%  lidoc 1% 2% epi / bicarb  digital / metacarpal block
prep:
Betadine
irrigated / washed w/ saline         debrided
  minimal / mod. / *extensive         minimal / *mod. / *extensive
wound explored                       undermined
foreign material removed               minimal / mod. / *extensive
  partially  completely              *wound margins revised
  minimal / mod. / *extensive         multiple flaps aligned
no foreign body identified

repair:  Wound closed with:  wound adhesive / Dermabond / steri-strips
  SKIN-   # ____  ____ -0  nylon / prolene / staples / ethilon
          interrupted  running  simple  mattress (h/v)
  *NAIL BED- # ____  ____ -0  vicryl / chromic
          interrupted  running  simple  mattress (h/v)
  OTHER-  # ____  ____ -0
          interrupted  running  simple  mattress (h/v)
*may indicate intermediate repair  *may indicate complex repair

(splint)  Velcro  (Ortho-glass)  Plaster  Aluminum-foam _____
  Volar  Thumb spica  Ulnar  Wrist  Sugar-Tong  Cock-up  Colles
(applied by ED Physician / Orthopedist / Tech _____
(examined post splint application) (NV intact) alignment good
fingers buddy-taped _____
digital block  marcaine 0.25% 0.5% ____ mL
subungal hematoma drained using electrocautery _____
foreign body removed  with forceps  with incision  with exploration
nail removed
☐ I & D Procedure note box

Rx given _____
✓ referred to / discussed with Dr. **LOUIS** _____  Time: _____
will see patient in:  ED / hospital / office in ____ days

## CLINICAL IMPRESSION    Fall   Alleged Assault

Contusion    R / L   wrist   hand
Hematoma             thumb  index f.  middle f.  ring f.  small f.
Laceration           MP  PIP  DIP  joint
Sprain / Strain / Dislocation
Fracture    R / L   radius  distal / shaft / proximal
                    ulna prox / shaft / distal / styloid   Colles' Fx
                    metacarpal fx  # 5  4  3  2  1
                    phalanx # _____
                    prox / middle / distal / tuft
                    stabilized / restorative

Assault.
Hand Injury

DISPOSITION  ☑ home  ☐ admitted  ☐ transferred
Date 1/3/15      Time SEE EMR
CONDITION  ☐ unchanged  ☐ improved  ☑ stable

_____ MD / DO (PA)
Lambert Louis, MD
License # 274737
_____ MD / DO
Nikada Givens, PA
License # 16219
Provider # 003103

  



Patient Discharge Report
Emergency Department
Queens Hospital Center
82-68 164th Street, Jamaica, NY 11432

Date/Time: Fri 01/23/2015 08:27          Patient Name: Martinez, Rosie
                                          MRN#: 874216

**Attending Physician:** Ambert Louis, MD
**Provider:** Nikeda Givens, PA
**Diagnosis:** Assault by other specified means
              Pain in limb
**Disposition:** Discharged to home or self care (or in Custody)
**Tests Performed:** Pregnancy, Qual, Urine POC, Bilateral Hand DX Routine
**Procedures:** Splinting

Your doctor's instructions:

You were seen in the emergency room for injury to your thumbs. Your x-rays are normal. A copy of the results have been given to you.

Please take Motrin as prescribed for pain and swelling. Keep the splint on until you are seen by the hand specialist. Follow up in Hand clinic at Elmhurst Hospital, we will call you with an appointment date and time.

Return to the emergency room if you experience worsening of your symptoms including worsened pain, worsened swelling, or any other concerning symptoms.

**Medications:** albuterol, omeprazole

In the ED we gave you the following new prescriptions:

  Ibuprofen                    1 tablet by mouth every eight (8) hours as needed
                               process if pain


Important Notes:

Remember to take your medications, including any new prescriptions, as instructed today by your doctor. You are being discharged from the Emergency Department, but your doctor wants you to receive additional care within the next As Scheduled  clinic.

Please contact your primary doctor, or follow up in the clinic indicated. You can make an appointment to be seen in the clinic by calling 718-883-3131. (If you need to follow up in Gynecology/Obstetrics, please call 718-883-3244 instead).

Please note that if you do not follow these instructions and follow up plan, you are putting your health at risk and your condition may worsen.

If your symptoms are not improving, or begin worsening, contact your primary doctor. If you believe it is an emergency, please return to the Emergency Department or call 911. If you have any questions, feel free to ask your doctor before you leave.

Notas importantes:

DEF000065

  

```
Mon, 21 Mar 16  0950                                          Page  2 of 12
                           Queens Health Network
Elmhurst Hospital CenterQueens Hospital CenterElmhurst Hospital CenterElmhurst H
                             Chart Review Print
Location         Patient Name          Patient Number   Visit Number   DOB    Sex
DIS-EP           Martinez,Rosie        874216           874216-2              F

                           Attending Physician
```

---

```
Unscheduled ED Triage
Event Time: Fri, 23 Jan 15  0619                          Status: supplemental

Fri, 23 Jan 15  0646   Documented by Navjot Kaur, PA

Patient Chief Complaints    : EVD screening negative/BIBNYPD for right thumb
                              pain
Chief Complaint             : Extremity Pain
Vital Signs                 : Temp: 98.2 F (36.8 C)  Temp Source: Oral
                                     Pulse: 82  bpm Resp: 16 O2 Sat: 100 %
                                     BP: 117/73   mmHg
Suspected Infection?        : no
Alteration of Mental Status : no
Pain Level                  : 6
UCG                         : Not Pregnant
LMP                         : 1/12/14
EKG                         : No
Allergies Med               : no known medication allergies
Allergies Other             : no known other allergies
Food Allergies              : no known food allergies
Environmental Allergies     : no known environmental allergies
Latex Allergies             : no known latex allergies
Medications                 : albuterol, omeprazole
Past Med Hx                 : Asthma, GERD
Rapid HIV Offered?          : Not Accepted
Domestic Violence           : No
Abuse/Neglect               : None
Smoking Status              : Never smoked
ESI Level (1-5)             : 4
Elopement Risk              : No
TB Exposure?                : No
Destination                 : Urgent Care
Social History              :

    ETOH Use              : Social Drinker
    Drug Use              : None
    Tobacco Use           :
    STD/HIV Risk Hx       : sexually active one partner, NO H/O STD
```

---

DEF000075

  

```
Mon, 21 Mar 16  0950                                          Page   4 of 12
                          Queens Health Network
   Elmhurst Hospital CenterQueens Hospital CenterElmhurst Hospital CenterElmhurst H
                            Chart Review Print
   Location       Patient Name          Patient Number   Visit Number   DOB      Sex
   DIS-EP         Martinez,Rosie        874216           874216-2                F

                            Attending Physician
```

---

Maalox Plus
Event Time: Fri, 23 Jan 15  0733                        Status: complete

Fri, 23 Jan 15  0733    Documented by Esther Sauveur, RN

Med Admin          : 30 mL of Aluminum/Magnesium Hydroxide,Simethicon
                     200-200-20 mg/5mL, 30mL
Dosage             : 30 mL susp by mouth

---

Unscheduled ED Nursing Progress Note
Event Time: Fri, 23 Jan 15  0737                        Status: complete

Fri, 23 Jan 15  0747    Documented by Esther Sauveur, RN

Progress Note: F: Pain

            D: 49 y/o female came into UCC for hand pain, VSS, denies n/v,
            numbness and tingling.

            A: Patient AAOx3, patient seen by PA Givens, reports pain of
            6/10, Motrin given for pain relief.

            R: Patient transported to x-ray of hand with police escort.
            Will continue to monitor.

---

Mon, 21 Mar 16   0950                                           Page  5 of 12

Queens Health Network
Elmhurst Hospital CenterQueens Hospital CenterElmhurst Hospital CenterElmhurst H
Chart Review Print

| Location | Patient Name | Patient Number | Visit Number | DOB | Sex |
|---|---|---|---|---|---|
| DIS-EP | Martinez,Rosie | 874216 | 874216-2 | ▓▓▓ | F |

Attending Physician

---

Unscheduled ED Physician Progress Note
Event Time: Fri, 23 Jan 15   0759                           Status: supplemental

Fri, 23 Jan 15   0839   Documented by Nikeda Givens, PA

Progress Note:   49 y/o female with a hx of asthma and GERD BIBNYPD with c/o BL thumb injury. Patient reports both of her thumbs were injured during her arrest last night and now is here with c/o pain and swelling to the thumbs; denies numbness/tingling. Also reports she was choked during the arrest. Accompanying officer reports patient was noted to be punching the wall while in the jail cell. VS WNL. PE significant for negative signs of head injury. Negative vertebral point tenderness, neck supple, negative ecchymosis. +right UE 1st digit tenderness and soft tissue swelling, + right snuff box tenderness, negative lacerations or abrasions, limited ROM 2/2 pain. LUE exam WNL. Given Motrin and Maalox. X-rays pending. Splinted RUE.

---

Unscheduled ED Patient Exit
Event Time: Fri, 23 Jan 15   0945                           Status: complete

Fri, 23 Jan 15   1009   Documented by Esther Sauveur, RN

Transport Time: Fri, 23 Jan 2015   0945
Comment        : Patient discharged by PA Givens escorted by police.

---

DEF000078