AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| ROSIE MARTINEZ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-CV-79 (NRM) (CLP) |
| CITY OF NEW YORK ET AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff shall recover from the City of New York $200,000.00 for compensatory damages and the plaintiff shall recover from defendants $1.00 for nominal damages from Detective ERIC RYAN, Lieutenant DAVID CAMHI, Sergeant JOSEPH DIGENNARO, and Sergeant KEITH LALIBERTE. That amount to be joint and several. Further, the plaintiff shall also recover $100,000 for punitive damages individually from each of defendants Detective ERIC RYAN, Lieutenant DAVID CAMHI, Sergeant JOSEPH DIGENNARO, and Sergeant KEITH LALIBERTE. Plaintiff shall also recover post-judgment interest, individually, at a rate of 4.87%.

This action was *(check one)*:

☑ tried by a jury with Judge **Nina R. Morrison** presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 2/15/2023

Brenna B. Mahoney
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*