UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

ROSIE MARTINEZ,

                        Plaintiff,

- against -

CITY OF NEW YORK, Detective ERIC RYAN,
Lieutenant DAVID CAMHI, Sergeant JOSEPH
DIGENNARO, and Sergeant KEITH LALIBERTE,

                        Defendants.
------------------------------------------------------------------------ X

**ORDER**

16 CV 79 (NRM) (CLP)

NINA R. MORRISON, United States District Judge:

**DEFENDANTS ERIC RYAN, DAVID CAMHI, JOSEPH DIGENNARO, AND KEITH LALIBERTE ARE HEREBY ORDERED:** To post a bond in the amount of $400,001.00 to secure the judgment in this matter by March 31, 2023.

Dated: 3/16/23
Brooklyn, New York

SO ORDERED

_____
NINA R. MORRISON
UNITED STATES DISTRICT JUDGE