MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30ᵗʰ day of November, two thousand twenty-three,

_____

Rosie Martinez,

          Plaintiff - Appellee,

v.

City of New York, Police Officer Eric Ryan, Lieutenant David Camhi, Sergeant Joseph Digennaro, Sergeant Keith Laliberte,

          Defendants - Appellants,

John and Jane Doe 1 through 10, individually and in their official capacities (the names John and Jane Doe being ficticious, as the true names are presently unknown), Lieutenant Jason Weitzman, Sergeant Jason Forgione, Shield No. 2894, Captain Paul Valerga, Sergeant Joseph Pontecorvo, Police Officer Blake Ficken, Albert Police Office Trotter, Police Officer Peter Kandinov, Police Officer Matthew Rippel, Detective James Davneiro, Police Officer Bryan Post, Police Officer Tiffany Wolf, Police Officer Casey Wolff, Sergeant Richard Lavelle, Police Officer James Seddio, Police Officer Daniel Mendez, Police Officer Richard Russo,

          Defendants.

_____

**ORDER**
Docket No. 23-1175

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

MANDATE ISSUED ON 11/30/2023

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit